IN THE MATTER OF DOROTHY CURTIS, AN ALLEGED
MENTAL INCOMPETENT.

IN THE MATTER OF THE PROBATE OF THE WILL OF
DOROTHY CURTIS, DECEASED.

Superior Court of New Jersey
Appellate Division

Submitted September 14, 1981—Decided September 22, 1981.

Before Judges BISCHOFF, KING and POLOW.

*Gladstone, Hart & Rathe,* attorneys for appellant Gino Formo-
so (*James R. Freeswick* on the brief).

*Kelly & Callahan,* attorneys for cross-appellant Northern Val-
ley Association for the Preservation of the Abram Demaree
Homestead (*Thomas J. Callahan* on the brief).

PER CURIAM.

The judgment entered in the Superior Court, Chancery Divi-
sion dated February 8, 1980, is affirmed substantially for the
reasons expressed by Judge Lester in his opinion dated Decem-
ber 10, 1979, and reported in 172 *N.J.Super.,* 233 (Ch.Div.1979).

The matter is remanded to the Chancery Division for further
proceedings consistent herewith. The trial judge is directed to
set the date for settlement and to establish the terms and
conditions for payment of the consideration and the closing of
title. In the event the Friends shall fail or refuse to close title
at the time and in the manner required, their right to purchase
the premises in question shall terminate.